IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Aiping Wei, | ) |
|        Plaintiff, | ) |
|     v. | )   Case No. 1:21-cv-582 (AJT/JFA) |
| CEOs.com, *et al.*, | ) |
|        Defendants. | ) |

**ORDER**

This matter is before the Court on the Report and Recommendation [Doc. No. 18] ("Report") of Magistrate Judge Anderson (the "Magistrate Judge"). In the Report, the Magistrate Judge recommends that Plaintiff's Motion for Default Judgment as to Defendants CEOS.COM, CNOOC.COM, CNPC.COM, DENDRIMER.COM, PEOPLESDAILY.COM, TAIYUAN.COM, and XUS.COM, [Doc. No. 13], (the "Motion") be granted. The Magistrate Judge further advised the parties that objections to the Report must be filed within fourteen (14) days of service and that failure to object waives appellate review. [Doc. No. 18] at 12. No party has filed an objection to the Report within fourteen (14) days of service. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation [Doc. No. 18] be, and the same hereby is, **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment [Doc. No. 13] be, and the same hereby is, **GRANTED**; and it is further

**ORDERED** Default Judgment be **ENTERED** in favor of Plaintiff and against CEOS.COM pursuant to Count I of the Complaint alleging a violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1)(C); and it is further

**ORDERED** that Default Judgment be **ENTERED** against each of the remaining Defendant Domain Names pursuant to Count II in an action to quiet title; and it is further

**ORDERED** that VeriSign, Inc., the registry for the Defendant Domain Names, change the registrar of record for domain names CEOS.COM, CNOOC.COM, CNPC.COM, DENDRIMER.COM, PEOPLESDAILY.COM, TAIYUAN.COM, and XUS.COM to GoDaddy.com LLC, Plaintiff's choice of registrar, and that GoDaddy.com LLC register the domain names in Plaintiff's name.; and it is further

**ORDERED** that all remaining claims and defendants be, and the same hereby are, **DISMISSED** without prejudice.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 24, 2021

2